UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| RALPH WILLIAMS, | ) | |
|---|---|---|
| | ) | Jury Demanded |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:13-cv-177 |
| v. | ) | |
| | ) | Collier/Lee |
| SISKIN STEEL & SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Come the parties and announce that all claims in the above-styled case have been resolved. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all claims of Plaintiff against Defendant shall be dismissed with prejudice.

Dated this 18th day of July, 2013.

Respectfully submitted:

| BURNETTE, DOBSON & PINCHAK | GRANT, KONVALINKA & HARRISON, P.C. |
|---|---|
| By: s/ Doug S. Hamill | By: s/ Charles D. Lawson |
| Frank P. Pinchak, BPR No. 2084 | Charles D. Lawson, BPR No. 18763 |
| Doug S. Hamill, BPR No. 22825 | Ninth Floor, Republic Centre |
| 711 Cherry Street | 633 Chestnut Street |
| Chattanooga, TN 37402 | Chattanooga, TN 37450 |
| Tel: (423) 266-2121 | Tel: (423) 756-8400 |
| Fax: (423) 266-3324 | Fax: (423) 756-6518 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |